# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIMOTHY SCOTT FOSSUM,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>BURTON, *et al.*,<br><br>　　　　Defendants. | Case No.  1:25-cv-00203-KES-BAM<br><br>ORDER TO SUBMIT APPLICATION TO PROCEED *IN FORMA PAUPERIS* OR PAY FILING FEE WITHIN THIRTY DAYS<br><br>**THIRTY-DAY DEADLINE** |

Plaintiff Timothy Scott Fossum, proceeding *pro se*, filed this civil action on February 14, 2025.  (Doc. 1.)  Plaintiff has neither paid the $405.00 filing fee nor submitted an application to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915.

Accordingly, IT IS HEREBY ORDERED that:

　　1.　　The Clerk's Office shall send to Plaintiff a form for application to proceed *in forma pauperis*;

　　2.　　Within **thirty (30) days** of the date of service of this order, Plaintiff shall submit the completed and signed application to proceed *in forma pauperis*, or in the alternative, pay the $405.00 filing fee for this action; and

　　3.　　**Failure to comply with this order will result in a recommendation for dismissal of this action.**

IT IS SO ORDERED.

　　Dated:   **September 23, 2025**　　　　　　　　/s/ *Barbara A. McAuliffe*　　　　
　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1