UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIMOTHY SCOTT FOSSUM, | No. 1:25-cv-00203-KES-BAM |
| Plaintiff, | ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND DISMISSING ACTION WITHOUT PREJUDICE |
| v. | |
| BURTON, et al., | (Doc. 3) |
| Defendants. | |

Plaintiff Timothy Scott Fossum proceeds pro se in this civil action. On September 23, 2025, the assigned magistrate judge issued an order directing plaintiff to submit a completed and signed application to proceed in forma pauperis or, in the alternative to pay the $405.00 filing fee for this action within thirty days. Doc. 2. The Court's order was returned as "Undeliverable, Attempted-Not Known, Unable to Forward" on October 1, 2025. *See* docket. Thereafter, on November 3, 2025, the magistrate judge issued findings and recommendations that recommended dismissal of this action without prejudice based on plaintiff's failure to prosecute. Doc. 3. Specifically, the magistrate judge recommended dismissal based on plaintiff's failure to prosecute and failure to keep the Court apprised of his current address as required under Local Rule 183(b). *Id.* at 2. The findings and recommendations were served on plaintiff and contained notice that any objections thereto were to be filed within fourteen (14) days after service. *Id.* at 3. No objections have been filed and the time to do so has expired.

1

In accordance with 28 U.S.C. § 636(b)(1), the Court conducted a de novo review of this case. Having carefully reviewed the file, the Court concludes that the findings and recommendations are supported by the record and proper analysis.

Accordingly,

1. The findings and recommendations issued on November 3, 2025, Doc. 3, are adopted in full;

2. This action is dismissed without prejudice due to plaintiff's failure to prosecute; and

3. The Clerk of the Court is directed to close the case.

IT IS SO ORDERED.

   Dated:   December 4, 2025                    _____
                                                UNITED STATES DISTRICT JUDGE